UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br>　　　　Petitioner,<br>　　v.<br>ATASCADERO STATE HOSPITAL,<br>　　　　Respondent. | Case No. 16-07009 EJD (PR)<br>**ORDER OF DISMISAL** |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] On December 7, 2016, the Clerk notified Petitioner that he needed to either pay the filing fee or file a motion for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. (Docket No. 9.) The deadline has passed, and Petitioner has failed to respond. Accordingly, the action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: 2/14/2017

　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The matter was transferred in from the Central District on December 9, 2016. (Docket No. 8.)

Order of Dismissal
P:\PRO-SE\EJD\HC.16\07009Overton_dism-fee.docx